UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRY S. JAMESON, | ) | 1:06-CV-00014-AWI-LJO-HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE ANSWER TO PETITION |
| | ) | (DOCUMENT #7) |
| JEANNE WOODFORD, Director, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 3, 2006, respondent filed a motion for an extension of time to file an answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an answer to the petition for writ of habeas corpus..

IT IS SO ORDERED.

**Dated:   May 30, 2006**          /s/ Lawrence J. O'Neill
23ehd0                              UNITED STATES MAGISTRATE JUDGE