UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY S. JAMESON,<br><br>　　　Petitioner,<br><br>　　v.<br><br>JEANNE WOODFORD,<br><br>　　　Respondent. | 1:06-CV-0014 AWI NEW (DLB) HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #16) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 16, 2007, petitioner filed a motion to extend time to file objections to the findings and recommendations. Inasmuch as petitioner filed the objections on May 2, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion to extend time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated: **May 17, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE